Carol Simon
vs
Brian Keefe and Affiliates,

MOTION TO STOP ALL PSYCHIATRIC
MEDICATION (X, M.H, AFFILIATES)

05-11715MLW
Referred to MJ JGDein

Massachusetts General Hospital.
Dr. Brian Keefe, I'm not a likelihood of danger to myself or anyone. I appeal to the court to stop all the medication and not be threatened. On December 16th I was forced Zyprexa. Today I'm a diabetic, August 2005 I was in the emergency room on I.V.'s and Insulin, today I'm on medication for diabetics and still haven't been able to get the blood sugar down, in the emergency room Aug 2005 my blood sugar was over 500.

Patti Saris and Judge Tauro handled my case, I won on the merit with the support of the court.

Respectfully submitted
Respectfully submitted
Carol J. Simon

I'VE BEEN STAYING AT THE WEST END SHELTER 25 STANIFORD ST.

ALSO MAILING ADDRESS M.P.L.F. INC. MRS. CAROL J. SIMON, P.O. BOX 960216 BOSTON, MA. 02196

THE CASE'S WERE UNDER OLSON THEN LAZIC-SPEARS NOW MY MARRIAGE NAME FILED 2-5-2001 TO PETER ANTHONY SIMON