```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


CAROL SIMON,                    )
     Plaintiff,                 )
                                )    C.A. No. 05-11715-MLW
     v.                         )
                                )
DEPARTMENT OF MENTAL HEALTH,    )
     Defendant.                 )
```

ORDER

WOLF, D.J.                                           January 2, 2006

On October 11, 2005, this court ordered plaintiff Carol Simon, to, within forty-five days, or, by November 11, 2005, either (1) indicate to the Court that she wishes her Motion to Stop All Psychiatric [sic] Medication to be docketed as a motion in a previously filed action and provide the name or case number of the that action; or (2) file a complaint that complies with Fed.R.Civ.P. 8(a), a civil cover sheet, and payment for the $250.00 filing fee or an application to proceed without prepayment of fee. The court provided Simon with an application and a Step by Step Guide to Filing a Civil Action. Simon has not made the requisite filings. Accordingly, it is hereby ORDERED that this case is DISMISSED for want of prosecution.

```
                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT
```